1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   DAVID UPTON,                    )    CASE NO. ED CV 08-1497-ABC (PJW)
                                      )
11                  Petitioner,       )
                                      )    J U D G M E N T
12             v.                     )
                                      )
13   DIRECTOR OF CORRECTIONS,         )
                                      )
14                  Respondent.       )
     _____)

15

16        Pursuant to the Order Denying Petition Without Prejudice,

17        IT IS ADJUDGED that the Petition is dismissed without prejudice.

18

19        DATED:     January 30, 2009.

20

21                                        _____
                                          AUDREY B. COLLINS
22                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28   C:\Temp\notesFFF692\upton jdmt.wpd