UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID UPTON, | ) | CASE NO. ED CV 08-1497-ABC (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| DIRECTOR OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The matter having been rendered moot by the release of Petitioner from custody, it is hereby adjudged that the Petition is DISMISSED.

DATED: March 03, 2010

*Audrey B. Collins*

———————————————————
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~9664096.wpd